# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GEORGE BIRKLEY,**

        Plaintiff,

  -vs-

                                       Case No. 13-C-617

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**
**Administration,**

        Defendant.

## DECISION AND ORDER

This matter comes before the Court on George Birkley's motion for leave to proceed in forma pauperis on appeal from the denial of his application for social security disability benefits. Birkley's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Birkley's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2013.

                                                     **BY THE COURT:**

                                                   _____
                                                   **HON. RUDOLPH T. RANDA**
                                                   **U.S. District Judge**